UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-22123-COOKE/GOODMAN

APOLLO AVIATION GROUP, LLC,
AAG CAPITAL MARKETS, and
APOLLO AVIATION MANAGEMENT LIMITED,

    Plaintiffs,

v.

100X, INC., a Florida corporation, and
JODY P. COHEN,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR CONTINUANCE OF
DECEMBER 1, 2017 DISCOVERY HEARING**

    Plaintiffs, Apollo Aviation Group, LLC; AAG Capital Markets and Apollo Aviation Management Limited request a brief continuance of the December 1, 2017 hearing on Plaintiffs' Responses and Objections to Defendants' pending discovery requests and state:

    1.    Defendants have scheduled a discovery hearing for December 1, 2017 on Plaintiffs' Responses and Objections to Defendants' Request for Admissions, Request for Production and Interrogatories.

    2.    Plaintiffs were previously represented by Kirkland & Ellis, which has completely handled the discovery responses and engaged in discovery discussions with Defendants' counsel.

    3.    Plaintiffs have now retained Kozyak Tropin & Throckmorton, LLP ("KTT") to handle this matter in place of Kirkland & Ellis. KTT has filed a Notice of Appearance contemporaneously with this Motion.

4. Given that KTT has only recently been engaged, Plaintiffs seek additional time to transition the case and discovery from Kirkland to KTT and allow KTT sufficient time to get up to speed on the pending objections and prior meet and confer discussions.

5. Plaintiffs seek a brief continuance of the December 1st hearing to the next available hearing date. Undersigned counsel has been advised that this Court has availability on December 14, December 15 or December 21st, which provides sufficient time for KTT to get up to speed on discovery and time to confer with Defendants' counsel without causing undue delay in this Court addressing any remaining discovery issues, if any. There is a high likelihood that many of the pending objections will be withdrawn and/or be resolved.

6. Given that this request for a brief continuance of the discovery hearing will not prejudice the Defendants, will not cause undue delay and will facilitate resolution of pending discovery issues without the need for Court intervention; a brief continuance is appropriate and reasonable.

7. Undersigned counsel spoke with Defendants' counsel to meet and confer on the requested continuance and advised that: (1) KTT is filing a Notice of Appearance today; (2) KTT will file revised discovery responses on Monday, December 4, 2017; and (3) KTT is available to meet and confer next week to narrow any remaining discovery issues and objections, if any, for the Court's attention.

8. Counsel for Defendants advised that Defendants object to the continuance because they are concerned that the Court will not have availability for a hearing before the end of the year if there are remaining issues after the meet and confer with KTT next week. Undersigned counsel attempted to address this concern by obtaining the next available hearing dates in December from Court's chambers and further agreeing to reschedule the hearing on one of those dates today and

agreeing to provide revised discovery responses on Monday, December 4, 2017, well in advance of the next available hearing dates.

**WHEREFORE**, Plaintiffs respectfully request that the Court briefly continue the December 1, 2017 hearing to the next available hearing date.

Respectfully submitted,

| | |
|---|---|
| **COLE, SCOTT & KISSANE, P.A.** | **KOZYAK TROPIN & THROCKMORTON LLP** |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |
| 9150 South Dadeland Blvd., Ste. 1400 | 2525 Ponce de Leon Blvd., 9th Floor |
| P.O. Box 569015 | Coral Gables, Florida 33134 |
| Miami, Florida 33256 | Tel.: (305) 372-1800 |
| Tel: (305) 350-5385 | Fax: (305) 372-3508 |
| Fax: (305) 350-5385 | E-mail: dps@kttlaw.com |
| E-mail: Thomas.scott@csklegal.com | E-mail: jal@kttlaw.com |
| | E-mail: mlorigas@kttlaw.com |
| Thomas E. Scott | |
| Florida Bar No. 149100 | By: /s/Detra Shaw-Wilder |
| | Detra Shaw-Wilder |
| | Florida Bar No. 037184 |
| | Javier A. Lopez |
| | Florida Bar No. 16727 |
| | Michael Lorigas |
| | Florida Bar No. 123597 |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of November, 2017, a true and correct copy of the foregoing is being electronically filed with the Clerk of the Court using the CM/ECF filing system which will generate copies of the foregoing to all counsel of record.

By: /s/Detra Shaw-Wilder
    Detra Shaw-Wilder

100T0790