**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 17-22123-Civ-COOKE/GOODMAN**

APOLLO AVIATION GROUP, LLC,
et al.,

    Plaintiffs,

vs.

100X, Inc. and JODY P. COHEN,

    Defendant.

_____/

**ORDER OF DISMISSAL**

    THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their or its own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See* Joint Stipulation of Dismissal with Prejudice, ECF No. 78.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of August 2018.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*